# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jesus Ivan RODRIGUEZ LEYVA (1),<br>Julio Cesar ZUNIGA LUNA (2)<br><br><br>Defendants. | Case No.: _____25mj2403_____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(i),<br>(v)(II) and (a)(1)(B)(iv) – Bringing in<br>Aliens Resulting in Death; Title 8,<br>U.S.C., Sec. 1324(a)(2)(B)(ii) –<br>Bringing in Aliens for Financial Gain |

The undersigned complainant being duly sworn states:

## COUNTS 1-3

On or about May 5, 2025, within the Southern District of California, defendants, Julio Cesar ZUNIGA LUNA and Jesus Ivan RODRIGUEZ LEYVA, with the intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States, an alien, namely:

| Count | Name |
|---|---|
| 1 | Gorgonio Placido-Diaz |
| 2 | Marcos Iozada-Juarez |
| 3 | P.P.B. (Minor) |

knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in the death of the alien; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (a)(1)(B)(iv).

## COUNTS 4-10

On or about May 5, 2025, within the Southern District of California, defendants, Julio Cesar ZUNIGA LUNA and Jesus Ivan RODRIGUEZ LEYVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely:

| Count | Name |
|-------|------|
| 4 | Gorgonio Placido-Diaz |
| 5 | Marcos Iozada-Juarez |
| 6 | P.P.B. (Minor) |
| 7 | Ishvarbhai Brijeshkumar Patel |
| 8 | Sunitaben Brijeshkumar Patel |
| 9 | Socorro Aracely Crisostomo Betanzo |
| 10 | S.L.L. (Minor) |

had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

The complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*Marcus Matthews*

Special Agent Marcus L. Matthews
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th day of May 2025.

Hon. Mitchell D. Dembin
United States Magistrate Judge

2

## PROBABLE CAUSE STATEMENT

I, Special Agent Marcus Matthews, declare under penalty of perjury, the following is true and correct:

The complainant states that material witnesses Ishvarbhai Brijeshkumar Patel (MW 1), Sunitaben Bruijeshkumar Patel (MW 2), Socorro Aracely Crisostomo Betanzo (MW 3), and S.L.L. (MW 4), are citizens of a country other than the United States and that they are material witnesses and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On May 5, 2025, at approximately 7:01 a.m., the San Diego Joint Harbor Operations Center (JHOC), was notified of an overturned panga boat near Latitude 32°56'40"N, Longitude 117°15'48"W in Del Mar, California. Initial reports by bystanders indicated that approximately 16 people were attempting to enter United States illegally at the time of the event. The initial call came in at approximately 6:48 a.m. The incident was being reported by witnesses at the scene while others tried to recover the passengers from the water. Open-source video footage showed that the vessel capsized, and the passengers were thrown overboard as the vessel began to get close to shore. Ultimately, three people were found deceased, four were hospitalized, and several others were unaccounted for.

Law enforcement officers from US Border Patrol, US Air and Marine Interdiction, Homeland Security Investigations, and US Coast Guard (USCG), responded to the overturned vessel. US Border Patrol encountered two individuals near the area and, after conducting a field interview, determined the two individuals were involved in the maritime smuggling event. The two individuals, later identified as Jesus Ivan RODRIGUEZ LEYVA and Julio Cesar ZUNIGA LUNA, both Mexican Nationals, were detained and taken to San Clemente Border Patrol Station for further inspection and processing. Both RODRIGUEZ LEYVA and ZUNIGA LUNA, admitted to driving the

3

vessel and smuggling people (citizens and nationals of various countries) into the United States illegally.

Among the travelers, a 14-year-old male (P.P.B., the son of MW 1 and MW 2 and an Indian national) and Gorgonio Placido-Diaz and Marcos Lozada-Juarez, both Mexican nationals, were all found deceased. Currently, the 10-year-old daughter, M.P.B., of MW 1 and MW 2 is unaccounted for. A USCG helicopter, a USCG Cutter, along with another USCG vessel and US Customs and Border Protection vessels conducted a search for survivors. The search yielded negative results. Marine Interdiction Agents assigned to the San Diego Air & Marine Operations Branch conducted a search and seizure of the vessel.

Julio Cesar ZUNIGA LUNA and Jesus Juan RODRIGUEZ LEYVA were placed under arrest for violation of Title 8 U.S.C. § 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv) – Bringing in Aliens Resulting in Death; and Title 8 U.S.C. § 1324(a)(2)(B)(ii) – Bringing in Aliens for Financial Gain.

During a post-Miranda interview with HSI Special Agents, RODRIGUEZ LEYVA stated that he was participating in the maritime smuggling event at the direction of a member of a Human Smuggling Organization (HSO) in Mexico. RODRIGUEZ LEYVA stated that he was recruited to smuggle 15 people from Popotla, Mexico into the United States. RODRIGUEZ LEYVA stated he and ZUNIGA LUNA were told to drive the vessel from Popotla, Mexico to San Diego, California, smuggle the 15 passengers into the United States from Mexico, take them to shore, and assist the passengers off the panga. RODRIGUEZ LEYVA stated they were given a total of 4,000 pesos to cover expenses though he stated that he did not know the final destination of the passengers. RODRIGUEZ LEYVA stated that he has never met the coordinator of the event.

//

//

4

During a post-Miranda interview with HSI Special Agents, ZUNIGA LUNA stated that he and RODRIGUEZ LEYVA attempted to smuggle the 15 passengers into the United States from Popotla, Mexico by way of the panga boat. ZUNIGA LUNA stated he was paid $3,000 dollars to smuggle the 15 people into the United States illegally at the behest of an HSO member. ZUNIGA LUNA stated the vessel belonged to an HSO member, whom he has never met. ZUNIGA LUNA stated he knew there would be a pickup vehicle in the area but did not know where.