ADAM GORDON
United States Attorney
SEAN VAN DEMARK
Assistant U.S. Attorney
Hawaii Bar No. 10288
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7657
Facsimile:  (619) 546-0631
Email: Sean.Van.Demark@usdoj.gov

Attorneys for Plaintiff,
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  25-mj-2403-JLB |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| JESUS IVAN RODRIGUEZ LEYVA (1), | |
| JULIO CESAR ZUNIGA LUNA (2), | |
| Defendants. | |

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following Government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4), should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

//

1       Effective this date, the following attorney is no longer associated with this case and

2 should not receive any further Notices of Electronic Filings relating to activity in this case

3 (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please

4 terminate this association):

5      <u>Name</u>

6      None

7      DATED: May 6, 2025         Respectfully submitted,

8                      ADAM GORDON

9                      United States Attorney

10                    *Sean Van Demark*

SEAN VAN DEMARK

11                    Assistant U.S. Attorney

Email: Sean.Van.Demark@usdoj.gov

12                    Attorneys for Plaintiff

United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*25-mj-2403-JLB*
*Notice of Appearance*